GOHEEN, EXECUTOR, v. STIRLEN ET AL.

[No. 24,201. Filed May 17, 1923.]

APPEAL.—*Will Contest.*—*Statute.*—An appeal from a proceeding to contest a will must be taken under the general statute governing appeals, and not under the statute governing appeals from decisions in decedents' estates (§2978 Burns 1914, Acts 1913 p. 65, §3).

From Adams Circuit Court; *John C. Moran,* Judge.

Action between Clarence N. Goheen, executor, and William Stirlen and others. From a judgment for the latter, the former appeals. *Appeal dismissed.*

*Aiken, Douglass & Aiken,* for appellant.
*Creighton H. Williams,* for appellee.

PER CURIAM.—Appellant prayed for an appeal, but did not perfect his appeal under the general statute governing appeals in civil cases. He insists that he complied with the statute (§2978 Burns 1914, Acts 1913 p. 65) governing appeals from decisions growing out of any matters connected with a decedent's estate. But in an action to contest a will the appeal must be taken under the general statute. It is not a proceeding under the decedent's act. *Morell* v. *Morell* (1901), 157 Ind. 179, 181, 60 N. E. 1092.

The appeal having been heretofore dismissed without an opinion.

The petition for rehearing is overruled.